IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES of AMERICA                                              PLAINTIFF

V.                              NO.  5-08-CR-50007-JLH

ARTURO REYES, JR.                                                     DEFENDANT

O R D E R

Before the court is the Motion for Reconsideration (Doc. 46) filed January 28, 2008.  The Court being fully informed and the Defendant having hired new counsel who has indicated that he will file a new motion for reconsideration the Motion is DENIED without prejudice.

IT IS SO ORDERED this 20th day of February 2008.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
United States Magistrate Judge