IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

v.            Criminal No, 5:08CR50007-001 - 004

ARTURO REYES, JR.;
SILVIA REYES;
ARMANDO REYES; and
LUCILA HUARACHA                                                         DEFENDANTS

**O R D E R**

     There is presented to the court the Unopposed Motion to Modify Bond Conditions of separate defendants Arturo Reyes, Jr. And Armando Reyes [document no. 88]. The court, after review and consideration, finds that the Motion should be granted and that defendants' conditions of release should be modified to remove home detention with electronic monitoring. Further, the court imposes a curfew from 9:00 p.m. until 6:30 a.m. All other conditions of release, unless specifically modified by this order, remain in full force and effect.

     SO ORDERED this 15th day of May 2008.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE