IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.    Criminal No. 08-50007-001 and -003

ARTURO REYES, JR. and ARMANDO REYES                         DEFENDANT

O R D E R

Now on this 22nd day of August, 2008, comes on for consideration the **Unopposed Motion To Amend Affidavit of Berta Hernandez And To Strike Her Prior Affidavit** (document #109), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted.** The Affidavit of Arturo Hernandez and Berta Hernandez, attached as an exhibit to document #69, is hereby stricken and held for naught, and the Affidavit of Arturo Hernandez and Berta Hernandez attached to document #109 is substituted in its place.

IT IS SO ORDERED.

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE